IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

COREY E WASHINGTON,

    Petitioner,

v.                                       CASE NO. 1:10-cv-00013-MP-AK

R P TIFFT,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Report and Recommendation, Doc. 4, regarding the Petition for Writ of Habeas Corpus Filed by Corey E. Washington, Doc. 1. The Magistrate Judge has recommended the case be transferred to the United States District Court for the Southern District of Florida. The Southern District, the district of conviction, would appear to be the most convenient for witnesses should an evidentiary hearing be necessary. No objections to the recommendation have been filed, and the time for doing so has passed. Finding no plain error, it is accordingly

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge, Doc. 4, is ADOPTED and incorporated herein.

    2.    This case is TRANSFERRED to the United States District Court for the Southern District of Florida for all further proceedings.

    **DONE AND ORDERED** this *26th* day of February, 2010



*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge