IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

COREY E WASHINGTON,

    Petitioner,

v.                                      CASE NO. 1:10-cv-00013-MP-AK

R P TIFFT,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Clerk's Judgment, Doc. 6. On February 26, 2010, this Court transferred this case to the Southern District of Florida, Doc. 5. A judgment was inadvertently entered to the same effect, Doc. 6. A judgment is not used to transfer a case to a different district, and so the judgment doing so in this case, Doc. 6, is SET ASIDE.

**DONE AND ORDERED** this  *17th* day of March, 2010

                                          *s/Maurice M. Paul*
                                    Maurice M. Paul, Senior District Judge